# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JAMES M. GALLIGAN**,                    Civil File No. 11-CV-2164 JWL/KMH

    Plaintiff,

vs.                                       **STIPULATION OF DISMISSAL**
                                                            **WITH PREJUDICE**

**MIDLAND CREDIT MANAGEMENT, INC.**,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James M. Galligan, and the defendant, Midland Credit Management, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                            Respectfully submitted,

Dated:  <u>August 9, 2011</u>                    By <u>/s/J. Mark Meinhardt</u>
                                                              J. Mark Meinhardt #20245
                                                              4707 College Boulevard, Suite 100
                                                              Leawood, KS  66211
                                                              Office (913) 451-9797 and Fax (913) 451-6163
                                                              meinhardtlaw@sbcglobal.net
                                                             ATTORNEY FOR PLAINTIFF

Dated:  <u>August 9, 2011</u>                    By <u>/s/J. Mark Meinhardt</u>
                                                               Thomas M. Martin, #38811
                                                              Jason C. Bache, #58377
                                                              Lewis, Rice & Fingersh, L.C.
                                                              1010 Walnut Street, Suite 500
                                                              Kansas City, MO 64106
                                                              Office (816) 421-2500 and Fax (816) 572-2500
                                                              tmmartin@lrf-kc.com
                                                               jcbache@lrf-kc.com
                                                              ATTORNEY FOR DEFENDANT